UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JUAN SEPULVEDA | : | No. 20-023 |

## ORDER

AND NOW, this 22nd day of June, 2023, upon the consideration of Mr. Sepulveda's Motion to Suppress (Doc. No. 31), the Government's Response (Doc. No. 32), and the evidentiary hearing held on May 5, 2023, it is hereby **ORDERED** that the Motion to Suppress (Doc. No. 31) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1